# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2423

_____

United States of America,

        Appellee,

v.

Irineo Moreno-Fernandez,

        Appellant.

\* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Western District of Missouri.

[UNPUBLISHED]

_____

Submitted: March 2, 1999

Filed: March 19, 1999

_____

Before McMILLIAN, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Irineo Moreno-Fernandez pleaded guilty to possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced Moreno-Fernandez to 120 months' imprisonment and 5 years' supervised release. On appeal, counsel filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), suggesting that the district court's failure to conduct a sufficient factual

---

[1] The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

inquiry into Moreno-Fernandez's ability to communicate with his interpreters, combined with his lack of education, rendered his guilty plea involuntary.

Having reviewed the transcript of the change-of-plea hearing, we reject this contention. The district court specifically determined that Moreno-Fernandez understood the plea agreement based on his discussions with his former interpreter; the court also asked the interpreter who appeared at the hearing to alert the court should Moreno-Fernandez have difficulty understanding anything anyone said during the hearing. See United States v. Diaz-Vargas, 35 F.3d 1221, 1225-26 (7th Cir. 1994).

In accordance with Penson v. Ohio, 488 U.S. 75, 80 (1988), we have reviewed the record for any nonfrivolous issues and have found none.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.